134

· Julia Bissett, Appellee, v. Earl Bissett, Appellant.

Gen. No. 41,464.

opinion filed March 11, 1941. Freeman & Freeman, for appellant; Earl Freeman, of counsel; Joseph H. & Norman Becker and Ralph Rundell, for appellee; Ralph Rundell, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."

Morris Axelrood, Trading as Ashland Lumber Company, Appellant, v. Nick Thanos, Appellee.

Gen. No. 41,576.

opinion filed March 11, 1941. George L.

Shapiro, for appellant; George L. Shapiro, of counsel; McInerney & Power, for appellees. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''

La Salle Mortgage and Discount Company, Appellee, v. Continental Illinois National Bank and Trust Company of Chicago, Trustee, et al. Vera De Sambad, Appellant.

Gen. No. 40,475.

opinion filed March 11, 1941; rehearing denied March 27, 1941. Frederic Ullmann, for appellant; West & Eckhart, for certain appellee; Maurice L. Davis, for certain other appellee; John Neal Campbell and Maurice L. Davis, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''